638

General Biddle, Assistant Attorney General Clark, and Messrs. Sewall Key and A. F. Prescott for respondent.

No. 927. WEBB-CRAWFORD CO. ET AL. v. FEDERAL TRADE COMMISSION. May 20, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. Messrs. Max Michael and Edgar Watkins for petitioners. Solicitor General Biddle, Assistant Attorney General Arnold, and Messrs. Charles H. Weston and W. T. Kelley for respondent.

No. 928. BAKEWELL v. UNITED STATES. May 20, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Eight Circuit denied. Paul Bakewell, Jr., pro se. Solicitor General Biddle, Assistant Attorney General Shea, and Mr. Harry LeRoy Jones for the United States.

No. 931. JEFFERS v. ILLINOIS. May 20, 1940. Petition for writ of certiorari to the Supreme Court of Illinois denied. Mr. James W. Templeman for petitioner. Messrs. John E. Cassidy and Ivan J. Hutchens for respondent.

No. 934. ERRINGTON v. HUDSPETH, WARDEN. May 27, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit, and motion for leave to proceed further in forma pauperis, denied. Robert G. Errington, pro se.